IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OSCAR GARCIA,<br>Reg. No. 68327-018,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN WALTER WOODS,<br><br>    Defendant. | CIVIL ACTION NO. 2:18-CV-279-WHA<br>[WO] |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on May 16, 2018. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

Final Judgment will be entered accordingly.

Done, this 6th day of June 2018.

            /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE